55resp.frm

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Felicia Annette Ingram, | ) |
| Petitioner, | ) |
| v. | ) 1:05CV00530 |
| United States of America, | ) 1:03CR285-7 |
| Respondent. | ) |

### ORDER

Petitioner in this action has submitted a motion to vacate, set aside, or correct her sentence. In accordance with Rule 4(b), Rules Governing Section 2255 Proceedings, the United States Attorney is directed to file a response to this motion within sixty (60) days from the date of the entry of this order.

**IT IS SO ORDERED.**

_____
Wallace W. Dixon, U.S. Magistrate Judge

June 10, 2005