5Sresp.frm

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



Felicia Annette Ingram, )
　　　　　　　　　　　　Petitioner, )
　　　　v. )
United States of America, )
　　　　　　　　　　　　Respondent. )

**1:05CV00530**

1:03CR285-7

## O R D E R

　　　　Petitioner in this action has submitted a motion to vacate, set aside, or correct her sentence. In accordance with Rule 4(b), Rules Governing Section 2255 Proceedings, the United States Attorney is directed to file a response to this motion within sixty (60) days from the date of the entry of this order.

　　　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　_Wallu W&m_
　　　　　　　　　　　　　　**Wallace W. Dixon, U.S. Magistrate Judge**

June 10, 2005